**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 7:19-CR-43 (WLS) |
| | : | |
| JARON COLEMAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On December 9, 2020, the Eleventh Circuit Court of Appeals issued an Order vacating and remanding Defendant Jaron Coleman's conviction and sentence to this Court for further proceedings. *U.S. v. Coleman*, No. 19-15127, slip. op. at 8 (11th Cir. Dec. 9, 2020). On January 8, 2021, the Parties filed a joint status report, informing the Court that they were engaged in "negotiation aimed at potentially resolving the matter" and in the process of exchanging additional discovery. (Doc. 35.) The Parties stated that they expected the additional discovery and information would be "made available to Defendant before the end of January 2021" and that if the matter could then be resolved, a new plea "might be negotiated" no later than the "end of February 2021." (*Id.* at 2.) The Parties also stated that if they could not reach a negotiated resolution, counsel for the Government anticipated "dismissing the current information within that same timeframe" and would then proceed "with indictment of the matter" for which the Speedy Trial Act, Federal Rules of Criminal Procedure, and Local Rules would govern. (*Id.*) The Eleventh Circuit issued its Mandate to this Court on January 19, 2021. (Doc. 36.)

The Court seeks to address the matter timely and in consideration of all circumstances of Coleman's case. Therefore, counsel for the Government and Coleman shall review the case, confer, and inform the Court no later than seven (7) days from the issuance of this Order, **Monday, August 30, 2021**, as to the status of their negotiations and proceeding as well as how they believe the Court should proceed regarding any forthcoming proceedings.

**SO ORDERED**, this 23rd day of August 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**