IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 7:19-CR-43 (WLS) |
| JARON COLEMAN, | : |
| Defendant. | : |

## ORDER

Previously, on December 9, 2020, the Eleventh Circuit Court of Appeals issued an Order vacating and remanding Defendant Jaron Coleman's conviction and sentence to this Court for further proceedings. (Doc. 30; Doc. 33); *United States v. Coleman*, No. 19-15127 (11th Cir. Dec. 9, 2020). On January 8, 2021, Government filed a Status Response (Doc. 35), stating that Parties were negotiating at potentially resolving the matter. Government further noted that in the event the matter cannot reach a negotiated resolution, it planned to dismiss the current information and proceed with indictment of the matter. (*Id.*) Subsequently, on August 30, 2021, Government stated that Defendant decided not to enter a plea, so it planned to present the matter for indictment and move to dismiss the currently pending information. (Doc. 42). Since then, no further action has been taken by either Party. (*See* the docket).

Accordingly, Parties are **ORDERED** to confer, review the case, then notify the Court on whether and how this case will proceed (i.e., change of plea hearing or dismissal of information by the Government or other appropriate disposition) as well as how they believe the Court should proceed regarding any forthcoming proceedings within **fourteen (14) days** after entry of this Order.

**SO ORDERED**, this __30th__ day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**