IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 7:19-CR-43 (WLS) |
| v. | : |
| | : |
| JARON COLEMAN, | : |
| | : |
| Defendant | : |

## ORDER

Upon the motion of the government, and for the reasons stated in the government's motion, the pending information against DEFENDANT JARON COLEMAN and this case are hereby DISMISSED WITHOUT PREJUDICE based on the status of Defendant in Case Number 7:21-CR-41 (HL) presently pending in this Court.

SO ORDERED this 10th day of February, 2023.

_____
W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511
Robert.mccullers@usdoj.gov